Andrew R. Naylor, OSB 07443
Saalfeld Griggs PC
PO Box 470
Salem, OR 97308-0470
Phone: (503) 399-1070
Fax: (503) 371-2927
Of Attorneys for Defendants Richard Robb and Rick Robb, Inc.

FILED

OCT 29 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD ROBB, an individual; RICK ROBB, INC., an Oregon corporation; RED-D-ARC, INC., a Nevada corporation; WILLAMETTE COMMUNITY BANK, an Oregon chartered commercial bank; INTERSTATE CRANE RENTAL, INC., an Oregon corporation; AIRGAS-NORPAC, INC., a Delaware corporation; and the UNITED STATES OF AMERICA, by and through the Department of Treasury – Internal Revenue Service,<br><br>Defendants. | CASE NO. 3:09-CV-00545-ST<br><br>**ORDER TO DISBURSE MONIES** |

In accordance with the Stipulated Judgment entered on the 29th day of October, 2009 (*Docket # 24*), the Court hereby orders and directs the Clerk of the court that the funds deposited with the Court pursuant to the Order of July 7, 2009 (*Docket #15*), shall be disbursed as indicated below:

1. **Registry fee:** The Clerk of this Court is directed to deduct a registry fee of ten percent (10%) of the income earned on the investment of these funds in accordance with the directives of the Judicial Conference of the United States Courts 56 Federal Register 56356.

2. **Payment to U.S. Bank National Association:** $8,214.19 shall be paid to U.S. Bank National Association, c/o Jeanne Sinnott, Miller Nash, 111 SW 5th Ave, Suite 3400 Portland, OR 97204.

3. **Payment to Richard Robb and Rick Robb, Inc.:** All of the remainder of the interpleaded funds, together with all of the remaining income earned on the investment of the funds following payment of the registry fee, shall be paid to Richard Robb and Rick Robb, Inc., c/o Andrew R. Naylor, Saalfeld Griggs, P.C., P.O. Box 470, Salem, OR 97308.

Dated this 28 day of Oct, 2009.

/s/ signature
United States ~~Magistrate~~ Judge
~~Janice M. Stewart~~ MW MOSMAN

SUBMITTED BY:

/s/ Andrew R. Naylor
Andrew R. Naylor, OSB 07443
Saalfeld Griggs PC
P.O. Box 470
Salem, OR 97308-0470
Telephone: (503) 399-1070
Fax: (503) 371-2927
Of Attorneys for Defendants Richard Robb and
Rick Robb, Inc.

---

### FOR COURT USE ONLY

APPROVED AS TO FORM:

/s/ Rena M. Martie
U.S. District Court Clerk
By Financial Administrator